UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCEL ANTOINE ROQUEMORE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> PELICAN BAY STATE PRISON, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 06-1203 SVW (FFM) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition on the merits with prejudice.

DATED: April 26, 2010

_____
STEPHEN V. WILSON
United States District Judge