UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCEL ANTOINE ROQUEMORE, <br><br> Petitioner, <br><br> v. <br><br> PELICAN BAY STATE PRISON, <br><br> Respondent. | No. CV 06-1203 SVW (FFM) <br><br> JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 26, 2010

_____
STEPHEN V. WILSON
United States District Judge